*JUDGE SWEET*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - -x

PEARSON EDUCATION, INC.,                    :
JOHN WILEY & SONS, INC.
CENGAGE LEARNING, INC. AND                  :
THE MCGRAW-HILL COMPANIES, INC.,
                                            :
                        Plaintiffs,
                                            :
        -against-
                                            :
JOHN DOE D/B/A EDWIN D/B/A EDWIN P
D/B/A EDWIN POLACK D/B/A EXAMHELPERS         :
D/B/A EXAM HELP D/B/A ALEX SAND
D/B/A LAYLA SILAH AND JOHN DOE               :
NOS. 1-5,
                        Defendants.          :

- - - - - - - - - - - - - - - - - - - -x

**12 CV    3484**

12 Civ.

RECEIVED
MAY 0 2 2012
U.S.D.C. S.D.N.Y.
CASHIERS

COMPLAINT AND JURY DEMAND

        Plaintiffs Pearson Education, Inc. ("Pearson"), John

Wiley & Sons, Inc. ("Wiley"), Cengage Learning, Inc. ("Cengage")

and The McGraw-Hill Companies, Inc. ("McGraw-Hill"), by their

undersigned attorneys, for their complaint against defendants

John Doe d/b/a Edwin d/b/a Edwin P d/b/a Edwin Polack d/b/a

ExamHelpers d/b/a Exam Help d/b/a Alex Sand d/b/a Layla Silah and

John Doe Nos. 1-5, aver:

                        Nature of the Action

        1.    Plaintiffs publish college textbooks and

corresponding instructors' solutions manuals.  Plaintiffs are

bringing this action to obtain legal and equitable relief to

remedy defendants' infringement of plaintiffs' copyrights through

their sales of unauthorized copies of plaintiffs' instructors' solutions manuals.

### Jurisdiction and Venue

2.   This Court has subject matter jurisdiction over the claim in this action pursuant to 28 U.S.C. §§ 1331 and 1338 because it arises under the Copyright Act, 17 U.S.C. § 101 et seq.

3.   Upon information and belief, venue is proper in this District pursuant to 28 U.S.C. §§ 1391 and 1400(a).

### Parties

4.   Pearson is a corporation organized and existing under the laws of the State of Delaware with its principal place of business at One Lake Street, Upper Saddle River, New Jersey 07458.

5.   Wiley is a corporation organized and existing under the laws of the State of New York with its principal place of business at 111 River Street, Hoboken, New Jersey 07030.

6.   Cengage is a corporation organized and existing under the laws of the State of Delaware with its principal place of business at 200 First Stamford Place, 4th Floor, Stamford, Connecticut 06902.

7.   McGraw-Hill is a corporation organized and existing under the laws of the State of New York with its

principal place of business at 1221 Avenue of the Americas, New York, New York 10020.

8.   Upon information and belief, defendant John Doe d/b/a Edwin d/b/a Edwin P d/b/a Edwin Polack d/b/a ExamHelpers d/b/a Exam Help d/b/a Alex Sand d/b/a Layla Silah is a natural person currently residing in the United States whose identity and location is currently unknown to plaintiffs.

9.   Upon information and belief, defendants John Doe Nos. 1-5 are natural persons currently residing in the United States whose identities are presently unknown to plaintiffs.

<u>The Businesses of Plaintiffs</u>

10.   Each plaintiff publishes a variety of works, including educational books.

11.   As a standard practice, each plaintiff requires its authors to assign the copyrights to it or grant it the exclusive rights of reproduction and distribution in the United States.  This practice enables each plaintiff to maximize the dissemination of each work.

12.   Plaintiffs invest significant monies to publish their copyrighted works.  Plaintiffs, for example, make substantial investments in royalties, content creation, licensing, copyediting, proofreading, typesetting, layout, printing, binding, distribution, copyright enforcement and promotion.

13.   Plaintiffs earn a substantial portion of their revenue from the publication of their copyrighted works and would suffer serious financial injury if their copyrights were not enforced.  A substantial decline in their income could cause plaintiffs to cease publishing one or more deserving books or journals.  This would adversely impact the creation of new works, scholarly endeavor, and scientific progress.

14.   An important part of plaintiffs' business is derived from publishing college textbooks.  College professors select textbooks from competing publishers based on the pedagogical value and the quality of supplementary materials.

15.   Instructors' solutions manuals are important supplementary materials.  Professors use instructors' solutions manuals to aid in grading homework.  Students, however, use instructors' solutions manuals to cheat.  Professors are less likely to select a textbook if the instructors' solutions manuals are freely and/or widely available.  Accordingly, plaintiffs do not sell their instructors' solutions manuals, and tightly control their distribution to known faculty.

### Plaintiffs' Copyrights

16.   Plaintiffs routinely register their copyrights. Pearson has generally registered its copyrights in its works, including the works on Schedule A (the "Pearson Copyrights").

17.   Wiley has generally registered its copyrights in

4

its works, including the works on Schedule B (the "Wiley Copyrights").

18.   Cengage has generally registered its copyrights in its works, including the works on Schedule C (the "Cengage Copyrights").

19.   McGraw-Hill has generally registered its copyrights in its works, including the works on Schedule D (the "McGraw-Hill Copyrights").

<u>The Infringing Acts of Defendants</u>

20.   Defendants have, without permission, reproduced and sold copies of plaintiffs' works.  Specifically, the defendants have reproduced and sold copies of plaintiffs' instructors' solutions manuals, including sales into the Southern District of New York, through online sales at websites and forums, including but not limited to, accountingsolutionsmanual.com and examhelpers.info, using the usernames including, but not limited to, "Edwin," "Edwin P," "Edwin Polack," "ExamHelpers," "Exam Help," "Alex Sand" and "Layla Silah" and e-mail addresses including, but not limited to, examstud12@hotmail.com, examstud123@hotmail.com, elman.tabakovic@gmail.com and cpa.code@gmail.com.

CLAIM FOR RELIEF
(Copyright Infringement - 17 U.S.C. § 501)

21.   Plaintiffs repeat the averments contained in paragraphs 1 through 20 as if set forth in full.

22.   Pearson has received United States Certificates of Copyright Registration for the Pearson Copyrights.

23.   Wiley has received United States Certificates of Copyright Registration for the Wiley Copyrights.

24.   Cengage has received United States Certificates of Copyright Registration for the Cengage Copyrights.

25.   McGraw-Hill has received United States Certificates of Copyright Registration for the McGraw-Hill Copyrights.

26.   The Pearson, Wiley, Cengage and McGraw-Hill Copyrights are valid and enforceable.

27.   Defendants have infringed the Pearson, Wiley, Cengage and McGraw-Hill Copyrights in violation of 17 U.S.C. § 501.

28.   Defendants' acts have irreparably damaged and, unless enjoined, will continue to irreparably damage plaintiffs. Plaintiffs have no adequate remedy at law for these wrongs and injuries.  Plaintiffs are, therefore, entitled to a preliminary and permanent injunction restraining and enjoining defendants and their agents, servants, employees, and attorneys and all persons

acting in concert with them, from infringing the Pearson, Wiley, Cengage and McGraw-Hill Copyrights.

29.  Defendants have willfully infringed the Pearson, Wiley, Cengage and McGraw-Hill Copyrights.

30.  Plaintiffs are entitled to recover all damages sustained as a result of defendants' unlawful conduct including (1) defendants' profits, or (2) plaintiffs' damages, or alternatively at plaintiffs' election, (3) statutory damages.

WHEREFORE, plaintiffs demand judgment:

A.   Preliminarily and permanently enjoining the defendants, their agents, servants, employees, and attorneys and all those acting in concert with them from infringing the Pearson, Wiley, Cengage and McGraw-Hill Copyrights in violation of 17 U.S.C. § 501;

B.   Awarding plaintiffs their damages or defendants' profits, or alternatively, at plaintiffs' election, statutory damages, as a result of defendants' willful infringement of the Pearson, Wiley, Cengage and McGraw-Hill Copyrights;

C.   Awarding plaintiffs their costs in this action, including their reasonable attorneys' fees pursuant 17 U.S.C. § 505; and

D.   Granting such other and further relief as to this

Court seems just and proper.

<u>Jury Trial Demand</u>

PLEASE TAKE NOTICE that pursuant to Rule 38 of the Federal Rules of Civil Procedure, the plaintiffs hereby demand a trial by jury of all issues that are so triable.

Dated:  New York, New York          DUNNEGAN & SCILEPPI LLC
        May 2, 2012

                                    By _Samantha Morrissey_
                                      Laura Scileppi (LS0114)
                                      ls@dunnegan.com
                                      Samantha Morrissey (SM1210)
                                      sm@dunnegan.com
                                    Attorneys for Plaintiffs
                                      Pearson Education, Inc.,
                                      John Wiley & Sons, Inc.,
                                      Cengage Learning, Inc. and
                                      The McGraw-Hill Companies, Inc.
                                    350 Fifth Avenue
                                    New York, New York 10118
                                    (212) 332-8300

Schedule A
"Pearson Copyrights"

Title, Author (Edition) (Registration Date) (Registration Number)

1.   Accounting Information Systems, Romney (12th Edition)
     (February 28, 2011) (TX0007330306)
2.   Advanced Accounting, Beams (10th Edition) (October 22, 2008)
     (TX0006899994)
3.   Biostatistics For The Health Sciences, Blair (1st Edition)
     (February 13, 2008) (TX0007033116)
4.   Chemistry: A Molecular Approach, Tro (2nd Edition) (July 6,
     2010) (TX0007194727)
5.   Cost Accounting, Horngren (14th Edition) (February 28, 2011)
     (TX0007335836)
6.   Cryptography and Network Security: Principles and Practice,
     Stallings (5th Edition) (March 17, 2010) (TX0007161744)
7.   Economics For Managers, Farnham (2nd Edition) (June 15, 2009)
     (TX0006979988)

Schedule B
"Wiley Copyrights"

Title, Author (Edition) (Registration Date) (Registration Number)

1.  Advanced Accounting, Debra C. Jeter (4th Edition) (March 25,
    2011) (TX0007348265)
2.  Intermediate Accounting Solutions Manual Volume I: Chapters
    1-14, Donald Kieso (January 21, 2005) (TX0006092671)
3.  Intermediate Accounting Solutions Manual Volume II: Chapters
    15-24, Donald Kieso (January 21, 2005) (TX0006099837)
4.  Intermediate Accounting, Donald Kieso (13th Edition)
    (September 10, 2009) (TX0007044357)

Schedule C
"Cengage Copyrights"

Title, Author (Edition) (Registration Date) (Registration Number)

1.  Contemporary Marketing, Boone/Kurtz (15th Edition) (August 9, 2011) (TX0007411835)
2.  Business Law Today: Comprehensive, Miller/Jentz (9th Edition) (August 24, 2011) (TX0007422832)
3.  Macroeconomics, Boyes/Melvin (8th Edition) (June 28, 2011) (TX0007389149)
4.  Managerial Economics: Applications, Strategies, and Tactics, McGuigan (11th Edition) (May 22, 2007) (TX0006583784)
5.  Accounting Information Systems, Gelinas/Dull (8th Edition) (September 18, 2009) (TX0007033420)

Schedule D
"McGraw-Hill Copyrights"

Title, Author (Edition) (Registration Date) (Registration Number)

1.  Chemistry: The Molecular Nature of Matter and Change, Martin Silberberg (6th Edition) (July 13, 2011) (TX0007414134)
2.  Financial Accounting, Robert Libby (6th Edition) (August 22, 2008) (TX0006877199)
3.  Financial Accounting, Robert Libby (7th Edition) (July 25, 2011) (TX0007407681)
4.  Accounting for Governmental and Nonprofit Entities, Wilson/Kattelus (15th Edition) (May 31, 2011) (TX0007381018)
5.  Advanced Accounting, Hoyle (10th Edition) (April 15, 2010) (TX0007185493)
6.  Fundamentals of Corporate Finance, Ross (9th Edition) (October 5, 2009) (TX0007054606)